DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00296-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




FRANK A. LUMSDEN, STEPHANIE

LUMSDEN CABANISS AND
§
 APPEAL FROM THE FOURTH

CAROLE KAY LUMSDEN,

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF



LIBERTY MUTUAL INSURANCE,

APPELLEE
§
 RUSK COUNTY, TEXAS







PER CURIAM


 Appellants have filed a motion to dismiss this appeal and all other parties to the appeal have
been given notice of the filing of this motion. Because Appellants have met the requirements of
Tex. R. App. P. 42.1(a)(2), the motion is granted and the appeal is dismissed. 


Opinion delivered November 28, 2001.

Panel consisted of Davis,C.J., Worthen, J., and Griffith, J.








(DO NOT PUBLISH)